IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CEDRIC CARVER, | Case No.: |
| Plaintiff, | |
| v. | Personal Injury Action (28 U.S.C. §1332) |
| FEDEX CUSTOM CRITICAL. INC., a Foreign Corporation and RAUL E. ROSALES, | [DEMAND FOR JURY TRIAL] |
| Defendants. / | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, CEDRIC CARVER, by and through his undersigned counsel, files this Complaint for damages against Defendants, FEDEX CUSTOM CRITICAL. INC., and RAUL E. ROSALES and alleges the following:

### I. **PARTIES**

1. At all times relevant to this Complaint, Plaintiff Cedric Carver ("Plaintiff") was an individual residing in the City of Crest Hill, County of Will, State of Illinois and was a citizen of the State of Illinois.

2. At all times relevant to this Complaint, defendant Fedex Custom Critical, Inc. ("Fedex") was and presently is a foreign corporation incorporated under the laws of the State of Ohio.

3. At all times material hereto, Defendant, Raul E. Rosales ("Rosales") was an individual residing in the City of Miami, County of Miami-Dade, State of Florida and was a citizen

1

of the State of Florida. Presently, Raul E. Rosales is a resident of Winder, Georgia and is a citizen of the State of Georgia.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 USC §§1332.

5. The amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000, and the action is between parties with complete diversity of citizenship.

6. Plaintiff's claims arose in Will County, Illinois, making venue appropriate in the United States District Court for the Northern District of Illinois, under 28 USC §1391.

## III. FIRST CAUSE OF ACTION
### (Automobile Negligence)

7. Plaintiff realleges and incorporates by reference paragraphs 1 to 6.

8. At all times relevant to this Complaint, Defendant Fedex was in possession of, owned and operated a 2013 Freightliner Cascadia 125 bearing VIN # 3AKJGLBG7DSFJ1866 which it operated under DOT # 00164025, in the City of Joliet, State of Illinois.

9. At all times relevant to this Complaint, Defendant Raul E. Rosales was employed by Fedex and was operating the aforementioned vehicle in the course and scope of his employment and/or agency with Fedex.

10. Defendant Rosales owed a duty to exercise reasonable care in the operation of Fedex's vehicle.

11. On or about April 13, 2018, Plaintiff was operating a 2006 Dodge Durango motor vehicle while in the City of Joliet, State of Illinois.

12. On the aforementioned date, Defendant Rosales carelessly operated his vehicle and improperly backed up said vehicle without warning into Plaintiff's vehicle.

13. Defendant Rosales breached his duty of care owed to Plaintiff, by failing to maintain control of his vehicle, failing to maintain proper look out and failing to warn motorists

of his intention to reverse his vehicle and further failing to operate said vehicle with due caution and reasonable care.

14. As a direct and proximate cause of the incident described and failure of Defendant Rosales to use due care as more fully described in this complaint herein, Plaintiff was injured, incurred in the past and will incur in the future lost wages and medical expenses thereby entitling him to economic damages in an amount to be proved at trial.

15. As a further proximate cause of the incident and wrongful conduct described in this complaint herein, Plaintiff was injured in the past and into wherein he sustained emotional distress, pain and suffering, inconvenience and other non-economic damages all in an amount to be proved at trial.

WHEREFORE, Plaintiff seeks for an award judgment in his favor and against Defendants, joint and severally as follows:

1. For non-economic damages in an amount to be proved at the time of trial but which exceed the jurisdictional limits of this Court.

2. For economic damages in an amount to be proved at the time of trial, but which exceed the jurisdictional limits of this Court.

3. For costs and disbursements incurred herein; and

4. For such other relief as this Court deems just and proper.

                                                Respectfully submitted,

By: /s/ *James M. Loren*
     James M. Loren, Esq.
     Florida Bar No: 55409
     jloren@goldbergloren.com
     Goldberg & Loren, P.A.
     1776 North Pine Island Road, Suite 224
     Plantation, Florida, 33322
     Attorney for Plaintiff
     Phone (800) 719-1617